IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30712
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROGER DALE ABRAHAM,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CR-60054
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Roger Dale Abraham appeals his sentence following conviction
for six counts of mail fraud.  Abraham contends that the district
court erred in sentencing him by failing to depart downward, by
finding that he committed an "intended loss," and, in the
alternative, by miscalculating the amount of "intended loss" in
determining his base offense level.  Insofar as Abraham is
arguing that the district court should have applied U.S.S.G.
§ 2F1.1, comment. (n.10) by departing downward, this court has no
jurisdiction.  See United States v. DiMarco, 46 F.3d 476, 477
(5th Cir. 1995).

_____

     Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

The district court did not clearly err in determining the "intended loss" to be the face value of the fraudulent money orders.

AFFIRMED.